UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION


FILED
JUN 3 0 2006
CLERK

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR 06-M25 |
| Plaintiff, | * | |
| vs. | * | FINDING OF PROBABLE CAUSE |
| ALFONSO MARTINEZ-GARCIA, | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

This matter came before the Court for an initial appearance, preliminary examination and detention hearing on Thursday, June 29, 2006. The defendant appeared in person and by his counsel, Assistant Federal Public Defender Bill Delaney. The United States appeared by Assistant United States Attorney, Mark Salter.

Based upon the testimony of Ken Baird, Special Agent with Immigration and Customs Enforcement, the court finds probable cause to believe that the defendant has committed the acts alleged in the Complaint.

Dated at Sioux Falls, South Dakota, this 30th day of June, 2006.

BY THE COURT:

_____
John E. Simko
United States Magistrate Judge

ATTEST:

JOSEPH HAAS, Clerk of Courts

By \_\_Shelly Margulies_____, Deputy

(SEAL)